1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11       IN RE:  STEVEN WAYNE BONILLA            No. 2:24-cv-01075-JAM-CSK

12                                               No. 2:24-cv-01083-JAM-CSK

13                                               No. 2:24-cv-01086-JAM-CSK

14                                               No. 2:24-cv-01087-JAM-CSK

15                                               No. 2:24-cv-01096-JAM-CSK

16                                               No. 2:24-cv-01120-JAM-CSK

17                                               No. 2:24-cv-01190-JAM-CSK

18                                               No. 2:24-cv-01207-JAM-CSK

19                                               No. 2:24-cv-01208 JAM-CSK

20

21

22                                               **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                               1

Alameda County.  (<u>See</u> <u>Bonilla v. Fresno County</u>, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (<u>Id.</u> at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (<u>Id.</u>)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-01075, 2:24-cv-01083, 2:24-cv-01086, 2:24-cv-01087, 2:24-cv-01096, 2:24-cv-01120, 2:24-cv-01190, 2:24-cv-01207 and 2:24-cv-1208 are **DISMISSED**; the Clerk of the Court **IS DIRECTED** to close these cases.  **No further filings will be accepted**.

Dated: May 01, 2024                              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE

2